Form ntcclmdbtr

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **19−20661−dob**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Cynthia Kathryn Herrera
   aka C. K. Hill, aka Cynthia Hill Herrera
   190 West Park St.
   PO Box 93
   Lake George, MI 48633

Social Security No.:
   xxx−xx−3373

Employer's Tax I.D. No.:

### NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 10/01/21 a claim was filed by the Debtor/Trustee on behalf of PayPal Credit in the amount of $ 500.00 .

Dated: 10/4/21

                                                BY THE COURT

                                                Todd M. Stickle , Clerk of Court
                                                UNITED STATES BANKRUPTCY COURT