Form ntcclmdbtr

111 First Street
Bay City, MI 48708

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **19−20661−dob**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Cynthia Kathryn Herrera
   aka C. K. Hill, aka Cynthia Hill Herrera
   190 West Park St.
   PO Box 93
   Lake George, MI 48633

Social Security No.:
   xxx−xx−3373

Employer's Tax I.D. No.:

## NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 10/01/21 a claim was filed by the Debtor/Trustee on behalf of PayPal Credit in the amount of $ 500.00 .

Dated: 10/4/21

        BY THE COURT


        Todd M. Stickle , Clerk of Court
        UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:     Case No. 19-20661-dob
Cynthia Kathryn Herrera     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-1     User: admin     Page 1 of 2
Date Rcvd: Oct 04, 2021     Form ID: clmdbtr     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 26162508 | Paypal Credit, P.O. Box 70102, Charlotte, NC 71202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: 2aquabay@gmail.com | Oct 04 2021 21:19:00 | Cynthia Kathryn Herrera, 190 West Park St., PO Box 93, Lake George, MI 48633-0093 |
| 27092203 | Email/PDF: gecsedi@recoverycorp.com | Oct 04 2021 21:21:43 | PayPal Credit, PO Box 965003, Orlando, FL 32896-5003 |
| 27092119 | + Email/PDF: gecsedi@recoverycorp.com | Oct 04 2021 21:21:38 | PayPal Credit, Customer Service, P.O. Box 5138, Timonium, MD 21094-5138 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Heather R. Burnard | on behalf of Creditor Bank of America N.A. EasternECF@Trottlaw.com |
| Jason M. Milstone | |

Marcy J. Ford
on behalf of Creditor Consumers Energy Company bankruptcyfilings@cmsenergy.com

on behalf of Creditor Bank of America N.A. easternecf@trottlaw.com, mitrottlaw@ecf.courtdrive.com

Thomas McDonald
ecf@mcdonald13.org

TOTAL: 4